Form ODISMISSINGCH7.341.8/08

# UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

*Case No.:* 10−11542
*Chapter:* 13

*In Re: Debtor(s):*

Karl Vance Reed
997 Ridgepoint Ct.
Baton Rouge, LA 70810

*Social Security No.:*

xxx−xx−7090

*Employer's Tax I.D. No.:*

## ORDER OF DISMISSAL

    Considering the trustee's Proceeding Memorandum stating that the debtor(s) failed to attend the meeting of creditors, pursuant to §341(a),

    *IT IS ORDERED* that this case *DISMISSED* and the automatic stay is terminated.

    *IT IS FURTHER ORDERED* that the trustee will be discharged from and relieved of his or her trust upon closing of the case.

    Baton Rouge, Louisiana, 12/8/10.

                                                   s/Douglas D. Dodd
                                                DOUGLAS D. DODD
                               UNITED STATES BANKRUPTCY JUDGE